# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-11619

United States Court of Appeals
Fifth Circuit

**FILED**

September 20, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

GARY MICHAEL BEACH,

      Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-472-1

Before WIENER, GRAVES, and OLDHAM, Circuit Judges.

PER CURIAM:*

Defendant Gary Beach was charged with seven counts of making false statements under 18 U.S.C. § 152(2) and (3) related to statements he made regarding his Chapter 7 bankruptcy case. A jury convicted him on four counts and acquitted him on three. Beach appeals his convictions, challenging the sufficiency of the evidence on each conviction.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11619

We have reviewed the briefs, the applicable law, and the relevant portions of the record. We AFFIRM the judgment of the district court, essentially for the reasons explained in the district court's August 3, 2018 order.